**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marvin K. JONES, Jr., Defendant–
Appellant.**

No. 12–13590
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 20, 2013.

Michelle Lee Schieber, U.S. Attorney's Office, Macon, GA, James N. Crane, Leah E. McEwen, U.S. Attorney's Office, Albany, GA, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

John Robert Ledford, The Ledford Law Firm, LLC, Albany, GA, for Defendant–Appellant.

Before HULL, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

John Ledford, appointed counsel for Marvin K. Jones, Jr., in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's conviction and sentence are **AFFIRMED**.